

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2014

No. 04-14-00333-CR

Gersom **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 01-0682-CR
Honorable Gary L. Steel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction.

It is so **ORDERED** on May 21, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2014.

_____
Keith E. Hottle, Clerk